UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DESIREE THOMPSON and DARIN POOLE,<br><br>                              Plaintiffs,<br><br>           -against-<br><br>NYC, *et al.*,<br><br>                              Defendants. | 19-CV-1153 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued April 30, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiffs' failure to each submit an *in forma pauperis* application or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   April 30, 2019
             New York, New York

                                                                            _____
                                                                                    COLLEEN McMAHON
                                                                            Chief United States District Judge