UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESIREE THOMPSON and DARIN POOLE,

                Plaintiffs,

        -against-

NYC, *et al.*,

                Defendants.

19-CV-1153 (CM)

ORDER

COLLEEN McMAHON, Chief United States District Judge:

Plaintiffs filed this action *pro se*. On May 29, 2019, the Court granted their requests to proceed *in forma pauperis* (IFP), and on June 12, 2019, the Court granted them leave to file an amended complaint. (ECF Nos. 12-13.) After Plaintiffs failed to file an amended complaint, the Court dismissed the action. (Order issued on Aug. 19, 2019; ECF No. 14.)

The Court is now in receipt of Plaintiff Darin Poole's second IFP application. But as the Court already granted Plaintiffs' IFP applications, this new submission is unnecessary. Thus, no action is required by the Court on this new submission. Should Plaintiffs intend to pursue this action, they must move for reconsideration of the order of dismissal and attach an amended complaint, in accordance with the June 12, 2019 order.

This case remains closed.

SO ORDERED.

Dated:  February 5, 2020
         New York, New York

                                            COLLEEN McMAHON
                                            Chief United States District Judge